**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. Nos. 14-220 |
| | : | 16-569 |
| AARON TERRELL | : | |
| | : | |
| | : | |

The criminal charges against defendant Aaron Terrell under Criminal Numbers 14-220 and 16-569 were superseded into the prosecution captioned *United States v. Aaron Terrell*, Criminal Number 17-419 (the "Superseding Prosecution"). Terrell was sentenced in the Superseding Prosecution on August 16, 2021. On the Government's motion, pursuant to the plea agreement between the parties filed in the Superseding Prosecution, it is therefore:

ORDERED that the criminal charges against Terrell under Criminal Numbers 14-220 and 16-569 are dismissed.

9/15/21

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE